**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 492 MAL 2021

Respondent :

: Petition for Allowance of Appeal
: from the Order of the Superior Court

v. :

VSEVOLOD SERGEE GARANIN, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.